**Cynthia P. HUMPHRIES, M.D.,**
**Plaintiff—Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of**
**Veterans Affairs, Defendant—**
**Appellee.**

No. 05–2247.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 27, 2006.

Cynthia P. Humphries, Appellant Pro Se. Frank DeArmon Whitney, United States Attorney, Sharon Coull Wilson, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cynthia P. Humphries, appeals the district court's order granting summary judgment to Defendant and denying relief on her civil action alleging claims of employment discrimination under Title VII. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Humphries v. Principi,* No. CA–03–426 (E.D.N.C. Aug. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*